128 A.3d 1199

Juan VILLANUEVA, Petitioner

v.

Judge Bruce F. BRATTON and Stephen E. Farina, Prothonotary, Respondents.

No. 170 MM 2015.

Supreme Court of Pennsylvania.

Dec. 21, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.